NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000516
15-MAY-2019
08:22 AM**

NO. CAAP-18-0000516

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LISA WHITE, Claimant-Appellant-Appellant,
v.
HILO MEDICAL CENTER, HAWAII HEALTH SYSTEMS CORP.,
Self-Insured Employer-Appellees-Appellees,
and
ACCLAMATION INSURANCE MANAGEMENT SERVICES,
Third-Party Administrator-Appellee-Appellee.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(AB2014-362(H), DCD NO. 1-13-10090)

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Chan and Hiraoka, JJ.)

Upon review of the record, it appears that:

(1) Claimant-Appellant-Appellant Lisa White (White), pro se, conventionally filed a notice of appeal on June 15, 2018, and the Labor and Industrial Relations Appeals Board (LIRAB) clerk electronically filed the notice of appeal on June 22, 2018;

(2) On August 21, 2018, the LIRAB clerk filed the record on appeal;

(3) The opening brief was due on a second extension of time on or before January 31, 2019;

(4) White did not file the opening brief or request a further extension of time;

(5) On March 8, 2019, the appellate clerk notified White that the time for filing the opening brief had expired, the matter would be called to the court's attention on March 18, 2019, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and White may request relief from default by motion; and

(6) White took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

Dated: Honolulu, Hawaiʻi, May 15, 2019.

Presiding Judge

Associate Judge

Associate Judge

2